# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALONZO BLAGROVE,<br><br>                Petitioner,<br><br>   v.<br><br>DENNIS SMITH,<br><br>                Respondent.<br>_____/ | 1:08-cv-01120 AWI GSA HC<br><br>ORDER GRANTING RESPONDENT'S<br>MOTION FOR EXTENSION OF TIME TO<br>FILE ANSWER<br><br>[Doc. 15] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 3, 2008, Respondent filed a motion for an extension of time to file an answer. Good cause appearing, it is HEREBY ORDERED that Respondent's motion is granted, and an answer shall be filed on or before December 3, 2008.


IT IS SO ORDERED.

**Dated:** __**November 14, 2008**__          _____/s/ **Gary S. Austin**_____
                                                         UNITED STATES MAGISTRATE JUDGE

1