UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY ALONZO BLAGROVE, | ) | 1:08-CV-01120 AWI GSA HC |
| Petitioner, | ) | |
| | ) | ORDER SEALING RECORDS |
| v. | ) | |
| DENNIS SMITH, | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On January 5, 2009, Petitioner filed a reply to Respondent's motion to dismiss. The following day, Petitioner filed a supplement to his reply. The supplement consists of a presentence investigation report from Petitioner's federal case.

Local Rule 39-138(b) allows the Court to seal documents only upon written order of a Judge or Magistrate Judge.  Generally, the content of such documents are of a nature that require the Court to maintain the confidentiality of the document.  For example, the contents may reveal information that may jeopardize the safety of particular individuals. In this case, Petitioner has submitted a

1  presentence investigation report which does contain confidential information.
2      Accordingly, the Court HEREBY DIRECTS the Clerk of Court to file the supplement under
3  seal.
4      IT IS SO ORDERED.
5      **Dated:**   **January 12, 2009**       /s/ **Gary S. Austin**
    UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28